AO 106 (Rev. 01/09) Application for a Search Warrant

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 20 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

SEALED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:19 MJ 61
Cregger & Taylor Mini Storage )
2790 Lee Hwy, Locker Room Number D-129 )
Marion, VA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Virginia____ *(identify the person or describe property to be searched and give its location):* Cregger & Taylor Mini Storage, 2790 Lee Hwy, Locker Room Number D-129, Marion, VA

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __846/841(a)(1)__, and the application is based on these facts: See Attachment B     and/or  841(a)(1)

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/20/19

_____
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

# ATTACHMENT A

1. Methamphetamine, methamphetamine distribution paraphernalia including (but not limited to) scales, cutting material, plastic baggies, wrapping material.

2. Books, records, ledgers, and notes pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, Rolodex type indices, notebooks, and loose pieces of paper.

4. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

5. Items, documents, or articles of personal property tending to show ownership, dominion, or control of the rental storage locker. Such items, documents, or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, and personal telephone and address books.

6. Large amounts of currency (exceeding $1000.00) or readily transported assets which are used as cash equivalents.

## ATTACHMENT B

## AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for the premises known as Cregger & Taylor Mini Storage, 2790 Lee Hwy, Locker Room Number D-129, Marion, VA. This affiant, after obtaining and reviewing information, believes there is evidence of distribution of methamphetamine and/or conspiracy to distribute methamphetamine at Cregger & Taylor Mini Storage, 2790 Lee Hwy, Locker Room Number D-129, Marion, VA in violation of 21 USC 841(a)(1) and 846/841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (28) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II Controlled Substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of information provided to me by other law enforcement officers. Any reference in this affidavit to the gender of any unnamed person does not necessarily reflect the true gender of said person.

5. During the last (3) days, a source of information (hereafter referred to as "SOI#1") advised law enforcement that Teresa Bickley has $34,000 in United States Currency that Bickley is going to use to purchase multiple kilograms of methamphetamine from an individual (hereafter referred to as "Person A") in Cherokee, NC. SOI#1 further advised that Bickely was currently staying with Jodi Cleary in Smyth County, VA [Cleary's known residence is at 1515 Brockwell Lane, Marion, VA].

   SOI#1 has provided information to law enforcement in the past that led to the apprehension of a fugitive and the seizure of a marijuana grow.

6. During the night of 05-19-2019, an associate of Teresa Bickley advised law enforcement that Bickley drives a silver Chevrolet Trailblazer with a temporary Virginia registration [with a temporary/paper license plate number – also known as a "30-day tag"].

7. During the night of 05-19-2019, a silver Chevrolet Trailblazer was observed at 1515 Brockwell Lane, Marion, VA. Law enforcement (a Smyth County Sheriff's Office Deputy) stopped the Trailblazer after it departed the residence and was observed crossing double yellow lines and driving in the center of the road. The driver (and sole occupant) was Teresa Bickley. While motor vehicle violations were being written by the deputy who conducted the traffic stop, another deputy with a narcotics K9 arrived on scene. The K9 alerted on the Trailblazer. A subsequent search of the vehicle resulted in the discovery and seizure of approximately $4200 USC, digital scales, numerous small, new/unused, Ziploc-type baggies, and two larger Ziploc-type bags containing a cumulative total of approximately (18) ounces (approximately 500g) of crystalline substance. Law enforcement performed a chemical field test of the crystalline substance with positive results for methamphetamine. Other items subsequently found inside Bickley's Trailblazer included a May 14, 2019 monthly rental contract signed by Bickley as the lessee for Locker Room Number D-129 at Cregger and Taylor Mini Storage, 2790 Lee Hwy, Marion, VA

8. Bickley was subsequently interviewed (after having been Mirandized) and claimed that she had in fact traveled to Cherokee, NC (reference ¶5 above) and met with Person A for the purpose of discussing methamphetamine prices. Bickely claimed she did not know how the methamphetamine ended up in her Trailblazer. Bickley further advised that Jodi Cleary knew about the trip to Cherokee, NC and was supposed to accompany Bickley, but she did not. Bickley stated that she recently started staying at Jodi Cleary's residence [1515 Brockwell Lane, Marion, VA].

9. On 05-20-2019, a federal search warrant was executed at 1515 Brockwell Lane, Marion, VA. As a result of the execution of the search warrant, numerous items were found on the premises including digital scales, small quantities of suspected methamphetamine (and other controlled substances), and approximately $1,200 USC all from a small floor safe in Jodi Cleary's bedroom. A second small floor safe (empty but locked) was discovered secured to the floor in the second bedroom of the residence (the bedroom that appeared to be utilized by Teresa Bickley).

10. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who distribute and/or conspire to distribute methamphetamine typically maintain methamphetamine distribution paraphernalia (small, plastic, Ziploc-type baggies, digital scales, etc.), notes, records, messages, and telephone numbers (pertaining to methamphetamine trafficking related contacts/co-conspirators/customers), and other items as listed and explained on Attachment A (of the Application and Affidavit for Search Warrant to which this affidavit is attached) inside of areas under their control. Additionally, in this particular investigation, the amount of methamphetamine (multiple kilograms/pounds) allegedly picked up by Bickley on 05-19-2019 in Cherokee, NC is of a significant enough quantity that a good portion may still remain in an area under Bickley's control. In a previous (and unrelated) methamphetamine case, this affiant secured and executed a federal search warrant for a storage locker/room located in the Western District of Virginia that resulted in the seizure of approximately (26) ounces of methamphetamine along with drug ledgers/notes.

11. Based upon the facts set forth above, I believe there is probable cause for the issuance of a search warrant for the premises known as Cregger & Taylor Mini Storage, 2790 Lee Hwy, Locker Room Number D-129, Marion, VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 841(a)(1) and 846/841(a)(1) at said premises.

_____  5-20-2019
Brian Snedeker, Special Agent (DEA)   Date

Subscribed and sworn to before me, this the 20th day of May 2019 in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Seen by:

_____/s/ Roy F. Evans_____   05-20-2019
Roy F. Evans, SAUSA         Date